THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Department of
 Social Services, Respondent,
 
 
 
 
 

v.

 
 
 
 Jody E., Aaron
 E., Christopher M., and John Doe, Defendants,
 Of whom Jody E.
 is the, Appellant.
 In the interests of two minor children under the age of 18.              
 
 
 
 

2009-DR-04-00215

Appeal From Anderson County
Tommy B. Edwards, Family Court Judge

Unpublished Opinion No.  2010-UP-387
 Submitted August 1, 2010  Filed August
16, 2010

AFFIRMED

 
 
 
 Carolyn E. Galloway, of Anderson, for
 Appellant.
 Amy C. Sutherland, of Greenville, for
 Respondent.
 Sandra Woodell Chipman, of Anderson, for
 Guardian ad Litem.
 
 
 

PER CURIAM:  Jody E. (Mother) appeals from the family
 court's order terminating her parental rights to her minor children.  See S.C. Code Ann. § 63-7-2570 (2010).  Upon a thorough review of the record,
 Mother's pro se brief, and the family court's findings of fact and conclusions
 of law pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381
 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm[1] the family court's ruling.  
AFFIRMED.
WILLIAMS and
 KONDUROS, JJ., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.